|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT <br> United States Attorney |
| 2 | JAMES R. CONOLLY <br> Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 <br> Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 <br> Facsimile: (916) 554-2900 |

**FILED**
Nov 24, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:20-mj-0177-CKD |
|---|---|
| Plaintiff, | SEALING ORDER |
| v. | **UNDER SEAL** |
| AUSENCIO ALVAREZ CORTEZ <br> ANGEL ISMAEL RAMIREZ, | |
| Defendants. | |

## **S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: November 24, 2020

*[signature]*
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

SEALING ORDER