UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 10, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-MJ-00177-CKD-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| ANGEL ISMAEL RAMIREZ, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANGEL ISMAEL RAMIREZ ,

Case No. 2:20-MJ-00177-CKD-2  Charge 21USC § 846, 841(a)(1) , from custody

for the following reasons:

    _____   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

    __X__   Unsecured Appearance Bond $   25,000

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    __X__   (Other): Pretrial conditions as stated on the record.

Issued at Sacramento, California on December 10, 2020 at 2:00

By:   *Allison Claire*

Magistrate Judge Allison Claire