Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
ANGEL RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSENCIO ALVAREZ CORTEZ,<br>ANGEL ISMAEL RAMIREZ,<br><br>Defendants | Case No.: 2:20-CR-229 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

It is hereby stipulated by and between counsel for the United States and counsel for the defendants Ausencio Cortez and Angel Ramirez that the status conference scheduled for April 20, 2023, be continued to August 24, 2023 at 9:30 a.m. It is further stipulated that time be excluded under the Speedy Trial Act through August 24, 2023.

This parties stipulate to the continuance for several reasons. Counsel for Defendant Ramirez has a conflict: a trial readiness hearing set in Oakland that morning in a four co-defendant attempted murder case that was set by the court on April 20, 2023 given a co-defendant's speedy trial demand. Moreover, the parties request the continuance to allow additional time for defense counsel to meet and confer with the defendants, resolve any outstanding discovery issues, conduct investigation, and discuss potential resolution.

For these reasons, the parties stipulate and agree that continuing the status appearance and excluding time through August 24, 2023 is appropriate, and is necessary for the effective

preparation of defense counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time through August 24, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**SO STIPULATED.**

                                                Phillip A. Talbert
                                                United States Attorney

Dated: April 6, 2023                            /s/
                                                James Conolly
                                                Assistant United States Attorney

Dated: April 6, 2023                            /s/
                                                Dina Santos
                                                Attorney for Ausencio Alvarez Cortez

Dated: April 6, 2023                            /s/
                                                Adam Pennella
                                                Attorney for Angel Ismael Ramirez

## ORDER

       The Court has read and considered the Stipulation Regarding Excludable Time Period Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. The status hearing in the above matter is ordered continued, and time is excluded, to **August 24, 2023, at 9:30 a.m.**

       The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.

**SO ORDERED.**

Dated: April 7, 2023

Troy L. Nunley
United States District Judge