Law Office of Adam Pennella
Adam Pennella, SBN 246260
420 Third Street, Suite 250
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
ANGEL RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSENCIO ALVAREZ CORTEZ,<br>ANGEL ISMAEL RAMIREZ,<br><br>Defendants | Case No.: 2:20-CR-229 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

It is hereby stipulated by and between counsel for the United States and counsel for the defendants Ausencio Cortez and Angel Ramirez that the status conference scheduled for July 11, 2024 be continued to September 19, 2024 at 9:30 a.m. It is further stipulated that time be excluded under the Speedy Trial Act through September 19, 2024.

This parties stipulate to the continuance for several reasons. Government counsel is currently in trial. Moreover, Defendant Ramirez has an infected tooth that is being extracted on July 8, 2024, which he understands may require recuperation time and make the travel from Southern California (where he lives) to Sacramento more onerous. Finally, the parties request the continuance to allow additional time for defense counsel to meet and confer with the defendants, resolve any outstanding discovery issues, conduct investigation, and discuss potential resolution.

For these reasons, the parties stipulate and agree that continuing the status appearance

and excluding time through September 19, 2024 is appropriate, and is necessary for the effective preparation and continuity of defense counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time through September 19, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**SO STIPULATED.**

    Phillip A. Talbert
    United States Attorney

Dated: July 2, 2024      /s/ James Conolly
    James Conolly
    Assistant United States Attorney

Dated: July 2, 2024      /s/ Dina Santos
    Dina Santos
    Attorney for Ausencio Alvarez Cortez

Dated: July 2, 2024      /s/ Adam Pennella
    Adam Pennella
    Attorney for Angel Ismael Ramirez

## ORDER

The Court has read and considered the Stipulation Regarding Excludable Time Period Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. The status hearing in the above matter is ordered continued to, and time is excluded through, **September 19, 2024, at 9:30 a.m.**

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the

continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.

**SO ORDERED.**

Dated:  July 2, 2024

_____
Troy L. Nunley
United States District Judge