Law Office of Adam Pennella
Adam Pennella, SBN 246260
420 Third Street, Suite 250
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
ANGEL RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-CR-229 DC |
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| AUSENCIO ALVAREZ CORTEZ, ANGEL ISMAEL RAMIREZ, | |
| Defendants | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendants Ausencio Cortez and Angel Ramirez that the status conference scheduled for February 20, 2026 be continued to March 6, 2026 at 9:30 a.m. It is further stipulated that time be excluded under the Speedy Trial Act through date.

This parties stipulate to the continuance due to unavailability of counsel. Counsel for Defendant Ramirez has a conflict and cannot appear on the currently set date: counsel now has a "no-time-waiver" in custody sentencing in an attempt murder case that has now been set on February 20, 2026. Moreover, the requested continuance will allow counsel for both defendants additional time to review the relatively recently produced discovery and potentially have it analyzed by an expert. Finally, the continuance will also allow additional time for defense counsel to meet and confer with the defendants, to resolve any outstanding discovery issues, conduct investigation, and discuss potential resolution.

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING                    1

For these reasons, the parties stipulate and agree that continuing the status appearance and excluding time through March 6, 2026 is appropriate, and is necessary for the effective preparation and continuity of defense counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time through March 6, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**SO STIPULATED.**

Eric Grant
United States Attorney

Dated: February 2, 2026                    /s/ James Conolly
                                           James Conolly
                                           Assistant United States Attorney

Dated: February 2, 2026                    /s/ Dina Santos
                                           Dina Santos
                                           Attorney for Ausencio Alvarez Cortez

Dated: February 2, 2026                    /s/ Adam Pennella
                                           Adam Pennella
                                           Attorney for Angel Ismael Ramirez

//

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING                    2

## ORDER

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on February 2, 2026 (Doc. No. 72), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for February 20, 2026, is VACATED and RESET for March 6, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between February 20, 2026 and March 6, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  **February 3, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING                                    3