Law Office of Adam Pennella
Adam Pennella, SBN 246260
420 Third Street, Suite 250
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
ANGEL RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AUSENCIO ALVAREZ CORTEZ,<br>ANGEL ISMAEL RAMIREZ,<br><br>　　　　Defendants | Case No.: 20-CR-229 DC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

It is hereby stipulated by and between counsel for the United States and counsel for the defendants Ausencio Cortez and Angel Ramirez that the status conference scheduled for March 6, 2026 be continued to April 10, 2026 at 9:30 a.m. It is further stipulated that time be excluded under the Speedy Trial Act through date. This parties stipulate to the continuance due to an injury sustained by, and limited mobility of, counsel for Ramirez. Counsel for Ramirez expects to have better mobility by the requested date.

For these reasons, the parties stipulate and agree that continuing the status appearance and excluding time through April 10, 2026 is appropriate, and is necessary for the effective preparation and continuity of defense counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time through April 10, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**SO STIPULATED.**

Eric Grant
United States Attorney

Dated: February 27, 2026

/s/ James Conolly
James Conolly
Assistant United States Attorney

Dated: February 27, 2026

/s/ Dina Santos
Dina Santos
Attorney for Ausencio Alvarez Cortez

Dated: February 27, 2026

/s/ Adam Pennella
Adam Pennella
Attorney for Angel Ismael Ramirez

//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

**ORDER**

IT IS HEREBY ORDERED as to Defendants Ausencio Alvarez Cortez and Angel Ismael Ramirez, the court, having received, read and considered the parties' stipulation filed on February 27, 2026 (Doc. No. 74), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for March 6, 2026, is VACATED and RESET for April 10, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between March 6, 2026 and April 10, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **March 3, 2026**

_____
Dena Coggins
United States District Judge