Law Office of Adam Pennella
Adam Pennella, SBN 246260
420 Third Street, Suite 250
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
ANGEL RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>AUSENCIO ALVAREZ CORTEZ,<br>ANGEL ISMAEL RAMIREZ,<br><br>        Defendants | Case No.: 2:20-CR-00229 DC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE STATUS CONFERENCE, SET TRIAL DATES AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

It is hereby stipulated by and between counsel for the United States and counsel for the Defendants Ausencio Cortez and Angel Ramirez that the status conference scheduled for March April 10, 2026 at 9:30 a.m. be vacated,[1] and the matter be set for jury trial on October 19, 2026 with a trial confirmation hearing set for September 11, 2026 at 9:30 a.m., with defendants ordered to appear at both court dates. The estimated length of trial is approximately four to five days. The parties will further meet and confer about a briefing schedule for *motions in limine*. The parties will propose that briefing schedule to the Court no later than May 8, 2026. It is further stipulated that time be excluded under the Speedy Trial Act through October 19, 2026, to

---

[1] Additionally, counsel for defendant Cortez is ill and will not be able to appear on April 10, 2026.

allow for effective preparation, including for defense counsel time to prepare exhibits, identify witnesses, and otherwise prepare for trial, as well as to prepare their clients for trial.

For these reasons, the parties stipulate and agree that vacating the status appearance and excluding time through October 19, 2026 is appropriate, and is necessary for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time through October 19, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**SO STIPULATED.**

Eric Grant
United States Attorney

Dated: April 9, 2026                    /s/ James Conolly
                                         James Conolly
                                         Assistant United States Attorney

Dated: April 9, 2026                    /s/ Dina Santos
                                         Dina Santos
                                         Attorney for Ausencio Alvarez Cortez

Dated: April 9, 2026                    /s/ Adam Pennella
                                         Adam Pennella
                                         Attorney for Angel Ismael Ramirez

//

STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE STATUS AND SCHEDULE JURY TRIAL            2

## **ORDER**

IT IS HEREBY ORDERED as to Ausencio Alvarez Cortez and Angel Ismael Ramirez, the court, having received, read and considered the parties' stipulation filed on April 9, 2026, and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for April 10, 2026, is VACATED, and the following trial schedule is SET: a Trial Confirmation Hearing is SET for September 11, 2026, at 9:30 a.m., and a four-to-five day Jury Trial is SET for October 19, 2026, at 9:00 a.m. Both hearings will be held in Courtroom 10 before the Honorable Dena M. Coggins. The Defendants are ORDERED to appear at both court dates. It is FURTHER ORDERED that the parties shall confer about a motion briefing schedule and submit a proposed schedule to the court no later than May 8, 2026. The time period between April 9, 2026 and October 19, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **April 9, 2026**    _____
Dena Coggins
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE STATUS AND SCHEDULE JURY TRIAL                    3

STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE STATUS AND SCHEDULE JURY TRIAL