ERIC GRANT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:20-CR-00229-DC |
| Plaintiff, | |
| v. | STIPULATED REQUEST FOR SCHEDULING ORDER FOR TRIAL; ORDER |
| AUSENCIO ALVAREZ CORTEZ, and ANGEL ISMAEL RAMIREZ, | |
| Defendants. | |

**STIPULATION**

By its April 9, 2026 Order, the Court set this matter for trial to begin on October 19, 2026, at 9:00 a.m., and set a trial confirmation hearing for September 11, 2026, at 9:30 a.m., in Courtroom 10, before District Judge Dena M. Coggins.  ECF No. 77.  All parties are ordered to appear at both the trial confirmation hearing and the trial.  *Id*.

Undersigned counsel for the United States and counsel for defendants Ausencio Cortez and Angel Ramirez stipulate that they have met and conferred regarding a schedule of pretrial motions to be heard in advance of trial, and jointly request the following schedule:

1.    For pretrial motions filed pursuant to Federal Rule of Criminal Procedure 12:

   a)    Motions to be filed by July 24, 2026;

   b)    Oppositions to motions to be filed by August 7, 2026;

   c)    Replies to oppositions to be filed by August 20, 2026, at 12 p.m.; and

   d)    Motions to be heard before the Court on August 28, 2026.

STIPULATION AND ORDER FOR SCHEDULE OF
PRETRIAL FILINGS

1

2. For motions *in limine*:

a) Motions to be filed by September 4, 2026;

b) Responses to motions to be filed by September 18, 2026;

c) Motions to be heard before the Court on October 2, 2026.

**IT IS SO STIPULATED**,

Dated:  May 25, 2026

ERIC GRANT
United States Attorney

/s/ JAMES CONOLLY
JAMES CONOLLY
Assistant United States Attorney

Dated:  May 25, 2026

/s/ DINA SANTOS
DINA SANTOS
Counsel for Defendant
AUSENCIO ALVAREZ CORTEZ

Dated:  May 25, 2026

/s/ ADAM PENNELLA
ADAM PENNELLA
Counsel for Defendant
ANGEL ISMAEL RAMIREZ

*([Proposed] Order on following page.)*

STIPULATION AND ORDER FOR SCHEDULE OF
PRETRIAL FILINGS

2

**ORDER**

IT IS HEREBY ORDERED as to Ausencio Alvarez Cortez and Angel Ismael Ramirez, the court, having received, read and considered the parties' stipulation filed on June 5, 2026 (Doc. No. 81), and good cause appearing therefrom, APPROVES the parties' stipulation *as modified*.  Accordingly, the following briefing schedule for the parties' motions to be filed in advance of trial in this case is SET:

1.     For pretrial motions filed pursuant to Federal Rule of Criminal Procedure 12:

    a)    Motions shall be filed by July 24, 2026, and noticed for hearing on August 28, 2026, at 9:30 a.m. in Courtroom 10 before District Judge Dena M. Coggins;

    b)    Opposition shall be filed by August 7, 2026; and

    c)    Replies shall be filed by August 20, 2026, no later than 12:00 PM (Noon); and

2.     For motions *in limine*:

    a)    Motions shall be filed by September 4, 2026, and noticed for hearing on the first day of trial, October 19, 2026, at 9:00 a.m. in Courtroom 10 before District Judge Dena M. Coggins; and

    b)    Responses to motions to be filed by September 18, 2026.

IT IS SO ORDERED.

Dated:   **June 30, 2026**

                          Dena Coggins
                          United States District Judge