ERIC GRANT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>AUSENCIO ALVAREZ CORTEZ, and<br>ANGEL ISMAEL RAMIREZ,<br><br>Defendants. | CASE NO. 2:20-CR-00229-DC<br><br>STIPULATED REQUEST FOR MODIFIED SCHEDULING ORDER FOR TRIAL; ORDER |

**STIPULATION**

By its April 9, 2026 Order, the Court set this matter for trial to begin on October 19, 2026, at 9:00 a.m., and set a trial confirmation hearing for September 11, 2026, at 9:30 a.m., in Courtroom 10, before District Judge Dena M. Coggins. ECF No. 77. The Court also set filing deadlines for pretrial motions and motions in limine. ECF No. 82.

Since then, counsel for one of the defendants has sustained a physical injury requiring surgery, from which Counsel is recovering at the time of writing. Counsel anticipates a healing time of several weeks. During this time, counsel will also have impaired mobility. Given the physical limitations on defense counsel, the parties discussed and agreed to continuing the currently set hearing and related deadlines on the defense motion to dismiss. Moreover, while discussing an anticipated to request to continue the motion hearing the Court advised that the currently set trial date presents scheduling conflicts, and suggested a date in February, 2026.[1]

[1] The Court had previously advised that the October 19, 2026 date might be problematic from a

As a result, undersigned counsel for the United States and counsel for defendants Ausencio Cortez and Angel Ramirez stipulate that they have met and conferred regarding the upcoming October trial date and its related motions deadlines. The parties have also consulted with the Court, and jointly request the following schedule:

1. For trial:

    a) Trial to commence on February 16, 2027.

    b) Trial Confirmation Hearing to be set for January 22, 2026, with all parties, including the defendants, present.

2. For defendant Angel Ramirez' pretrial motion (*see* ECF No. 83), filed pursuant to Federal Rule of Criminal Procedure 12:

    a) Government's opposition to be filed by September 25, 2026;

    b) Defense reply to opposition to be filed by October 8, 2026; and

    c) Motion to be heard before the Court on October 23, 2026.

3. For motions *in limine*:

    a) Motions to be filed by November 23, 2026;

    b) Responses to motions to be filed by December 18, 2026;

    c) Motions to be heard before the Court on January 22, 2026 (at the Trial Confirmation Hearing).

4. By previous order, the Court had excluded time under the Speedy Trial Act, Local Code T4, up to and including the previous trial date, October 19, 2026. ECF No. 77. The parties agree and stipulate that an exclusion of time up to an including the new trial date of February 16, 2027 is appropriate because it will allow for continuity of counsel and for time for counsel to prepare for trial. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 19, 2026, to February 16, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Rule T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's findings that the ends

---

scheduling perspective.

of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**,

Dated: August 10, 2026

ERIC GRANT
United States Attorney

/s/ JAMES CONOLLY
JAMES CONOLLY
Assistant United States Attorney

Dated: August 10, 2026

/s/ DINA SANTOS
DINA SANTOS
Counsel for Defendant
AUSENCIO ALVAREZ CORTEZ

Dated: August 10, 2026

/s/ ADAM PENNELLA
ADAM PENNELLA
Counsel for Defendant
ANGEL ISMAEL RAMIREZ

***(Order on following page.)***

**ORDER**

IT IS HEREBY ORDERED as to Ausencio Alvarez Cortez and Angel Ismael Ramirez, the court, having received, read and considered the parties' Stipulation filed on August 10, 2026 (Doc. No. 84), and good cause appearing therefrom, APPROVES the parties' request as to scheduling. Accordingly, the following case schedule is set:

1. For trial:
   - a) The Jury Trial is RESET for February 16, 2027 at 9:00 a.m. before District Judge Dena M. Coggins.
   - b) The Trial Confirmation Hearing is RESET for January 22, 2027 at 9:30 a.m. before District Judge Dena M. Coggins, with all parties, including the defendants, present.
2. For defendant Angel Ramirez' pretrial motion filed on July 24, 2026 (Doc. No. 83), filed pursuant to Federal Rule of Criminal Procedure 12:
   - a) Government's opposition to be filed by September 25, 2026;
   - b) Defense Reply to be filed by October 8, 2026; and
   - c) Motion Hearing SET for October 23, 2026 at 9:30 a.m. before District Judge Dena M. Coggins.
3. For motions *in limine*:
   - a) Motions to be filed by November 23, 2026;
   - b) Responses to be filed by December 18, 2026;
   - c) Motions to be heard on January 22, 2027 at 9:30 a.m. (at the Trial Confirmation Hearing) before District Judge Dena M. Coggins.

IT IS SO ORDERED.

Dated: **August 11, 2026**

[signature]
Dena Coggins
United States District Judge