Law Office of Adam Pennella
Adam Pennella, SBN 246260
420 Third Street, Suite 250
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
ANGEL RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSENCIO ALVAREZ CORTEZ,<br>ANGEL ISMAEL RAMIREZ,<br><br>Defendants | Case No.: 2:20-CR-00229 DC<br><br>STIPULATION AND ORDER TO CONTINUE MOTION HEARING DATE |

It is hereby stipulated by and between counsel for the United States and counsel for the Defendants Ausencio Cortez and Angel Ramirez that the motion hearing scheduled for October 23, 2026 at 9:30 a.m. be continued to December 4, 2026 at 9:30 a.m.[1] The continuance is requested because defense counsel recently suffered a new injury requiring surgery. As a result of that injury, counsel is required to be non-weight bearing on one leg through sometime in November, 2026, making travel and appearing in court onerous. The parties further stipulate and agree that defense counsel's reply to the government's opposition may be delayed until October 12, 2026. Time was previously ordered excluded due to the trial that is set for February 16,

[1] The only motion pending is one that was filed by Defendant Ramirez. However, counsel for Defendant Cortez confirms via this stipulation that Mr. Cortez stipulates to the request to reset the motion hearing date.

2027.

**SO STIPULATED.**

Eric Grant
United States Attorney

Dated: October 6, 2026

/s/ James Conolly
James Conolly
Assistant United States Attorney

Dated: October 6, 2026

/s/ Dina Santos
Dina Santos
Attorney for Ausencio Alvarez Cortez

Dated: October 6, 2026

/s/ Adam Pennella
Adam Pennella
Attorney for Angel Ismael Ramirez

**ORDER**

IT IS HEREBY ORDERED as to Angel Ismael Ramirez, the court, having received, read and considered the parties' Stipulation filed on October 6, 2026 (Doc. No. 89), and good cause appearing therefrom, APPROVES the parties' request as to scheduling. Accordingly, the Motion Hearing as to Defendant's Motion for Relief (Doc. 83) set for October 23, 2026 is VACATED and RESET for December 4, 2026 at 9:30 a.m. before the Honorable Dena M. Coggins, and Defendant's reply shall be filed by October 12, 2026.

IT IS SO ORDERED.

Dated: **October 8, 2026**

Dena Coggins
United States District Judge