Law Office of Adam Pennella
Adam Pennella, SBN 246260
420 Third Street, Suite 250
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
ANGEL RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANGEL ISMAEL RAMIREZ,<br>Defendant | Case No.: 2:20-CR-00229 DC<br><br>STIPULATION AND ORDER TO VACATE MOTION HEARING DATE AND SET CHANGE OF PLEA HEARING |

It is hereby stipulated by and between counsel for the United States and counsel for the Defendant Angel Ramirez that:

1. The parties have reached a plea agreement to resolve Mr. Ramirez's case. As part of that resolution, Mr. Ramirez agrees to withdraw his Motion to Dismiss, filed July 24, 2026 (ECF Doc. 83) and related filings (See ECF Docs 88 and 91).[1]
2. The parties therefore request that the motion hearing scheduled for December 4, 2026, be vacated and that the matter be set for a change of plea hearing on the same date and time.

The Court had previously ordered time under the Speedy Trial Act excluded due to the

[1] This withdrawal of the motion is without prejudice and may be deemed be re-filed as properly noticed should the change of plea hearing not go forward as anticipated.

trial that is set for February 16, 2027, up to that date; as a result, no exclusion of time is requested or needed.

**SO STIPULATED.**

Eric Grant
United States Attorney

Dated: November 23, 2026

/s/ James Conolly
James Conolly
Assistant United States Attorney

Dated: November 23, 2026

/s/ Adam Pennella
Adam Pennella
Attorney for Angel Ismael Ramirez

**ORDER**

IT IS HEREBY ORDERED as to Angel Ismael Ramirez, the court, having received, read and considered the parties' Stipulation filed on November 23, 2026 (Doc. No. 92), and good cause appearing therefrom, APPROVES the parties' Stipulation. Accordingly, Defendant's Motion to Withdraw filed July 24, 2026 (Doc. No. 83) and the related filings (Doc. Nos. 88 and 91) are WITHDRAWN without prejudice, and the Motion Hearing scheduled for December 4, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins is CONVERTED to a Change of Plea Hearing.

IT IS SO ORDERED.

Dated: **November 24, 2026**

Dena Coggins
United States District Judge